## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Phillip J. Warren-Taylor,<br><br>　　　　　　Defendant. | Criminal No. 25-mj-588 ECW<br><br>**ORDER OF REMOVAL** |

The above captioned case was before the undersigned United States Magistrate Judge for an initial appearance on September 4, 2025. Defendant waived the identity and removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Western District of Missouri, and he is ordered removed to that district for further proceedings.

Dated: September 4, 2025　　　　　　*s/Elizabeth Cowan Wright*
　　　　　　　　　　　　　　　　　　Elizabeth Cowan Wright
　　　　　　　　　　　　　　　　　　United States Magistrate Judge